442 A.2d 359

Commonwealth v. Floyd, Appellant.
Petition for Allowance of Appeal Denied April 30, 1982.

Submitted March 9, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

HESTER, J., concurred in the result.

442 A.2d 359

Commonwealth v. Galbraith, Appellant.
Petition for Allowance of Appeal Denied June 28, 1982.

Submitted May 20, 1981. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.